UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BRECKENRIDGE PROPERTY FUND 2016 LLC, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:18-CV-2563-G (BH) |
| MORRIS COE, JR. AND ALL OTHER OCCUPANTS, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the U.S. Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Accordingly by separate judgment, this action will be *sua sponte* **REMANDED** to the Justice of the Peace, Precinct 4, Place 1, of Dallas County, Texas.

**SO ORDERED**.

October 19, 2018.

*[signature: A. Joe Fish]*
**A. JOE FISH**
**Senior United States District Judge**